TO: Clerk of court of criminal appeals,

4/1/15
83,071-01

My name is Vinson Cowan. My writ of Habeas corpus was sent to court of criminal appeals from the 424th District Court in Burnet County Texas. They assigned it Cause # 38980A.

I am needing to file paperwork in my writ. Do I file it under Cause # 38980A, or do yall assign it a diffrent Cause #?
Can you please tell me what Cause # I am needing to file paper work.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

Thank you for your time,
Vinson Cowan

Vinson Cowan #1854327
Torres unit
125 Private Road 4303
Hondo, TX 78861